U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 NOV 14 PM 3: 36

CLERK

BY **CPC**
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.

GENEVA BROWN,
    Defendant.

Docket No. 2:24-cr-85-**8**

## INFORMATION

The United States Attorney charges:

### COUNT 1

Between in or about March 2024 and in or about October 2024, in the District of Vermont and elsewhere, the defendant GENEVA BROWN and others known and unknown to the United States, knowingly and willfully conspired to violate 18 U.S.C. § 1956(a)(1)(B)(i), to wit: to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce, which transactions involved the proceeds of specified unlawful activity, that is, distribution of controlled substances, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

(18 U.S.C. §§ 1956(a)(1)(B)(i), 1956(h))

*Michael P. Drescher/ACG*

MICHAEL P. DRESHCER (by NPC/ACG)
Acting United States Attorney
Burlington, Vermont
November 14, 2025